IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

---------------------------------------------------

UNITED STATES OF AMERICA              : CASE NO.  4:02 CR 258/1:07 CR 245

                        Plaintiff,    :

        -vs-                          : ORDER ADOPTING REPORT AND
                                      : RECOMMENDATION

WICKIE TUTT, JR,                      :
                        Defendant.    :

---------------------------------------------------    :

UNITED STATES DISTRICT JUDGE LESLEY WELLS

        This matter was referred to Magistrate Judge Kenneth S. McHargh in

accordance with Criminal Rule 32.1.  On 29 April 2008 Magistrate Judge McHargh held

a preliminary exam, detention hearing, and proceedings regarding the revocation of

supervised release.  At that hearing Defendant Wickie Tutt, Jr., represented by counsel

Albert Palombaro, admitted to the alleged violations as enumerated by United States

Probation Officer Art Bowker in the 7 April 2008 Violation Report and amended at the

hearing pursuant to the Magistrate Judge's Report and Recommendation.  (Doc. 38).

        No party has objected to the Magistrate Judge's Report and Recommendation.

Therefore, this Court will presume the parties are satisfied with the determination.  Any

further review by this Court would be a duplicative and inefficient use of the Court's

limited resources. Thomas v. Arn, 474 U.S. 140 (1985); Howard v. Secretary of Health

and Human Services, 932 F.2d 505 (6th Cir. 1991); United States v. Walters, 638 F.2d

947 (6th Cir. 1981).

Accordingly, this Court adopts Magistrate Judge McHargh's Report and Recommendation that Defendant Tutt has violated the terms and conditions of his supervised release.

IT IS SO ORDERED.

UNITED STATES DISTRICT JUDGE

5/16/08

2